# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL ALAN CROOKER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSPORTATION SECURITY )<br>ADMINISTRATION and the FEDERAL )<br>BUREAU OF INVESTIGATION, )<br>)<br>Defendants. ) | C.A. No. 3:18-cv-30011-WGY<br><br>**ASSENTED-TO MOTION TO EXTEND ANSWER DEADLINE** |

Defendants respectfully request that this Court grant an extension of their August 9, 2018 deadline to Answer Plaintiffs' Amended Complaint, ECF. No. 38.  In light of this Court's recent ruling on the Defendants' Motion to Dismiss and Motion to Exhaust Administrative Remedies, ECF No. 60, Defendants need additional time to confer internally about next steps in the litigation, and would be unable to do so adequately in the limited time remaining before the answer deadline.  They do not anticipate this extension would affect any other deadline in the case.  Defendants therefore respectfully request that this Court grant them leave to file an answer no later than the end of this month, by August 31, 2018.

Dated: August 6, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANDREW E. LELLING
United States Attorney

1

District of Massachusetts

MICHAEL SADY
Assistant United States Attorney
District of Massachusetts

By: */s/ Christopher R. Healy*
Christopher R. Healy (D.C. Bar # 219460)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC, 20530
(202) 514-8095
Christopher.Healy@usdoj.gov

*Attorneys for Defendants*

## LOCAL RULE 7 CERTIFICATION

I hereby certify that I have conferred with plaintiff, and that he has informed me that he consents to the extension.

Dated: August 6, 2018

*/s/ Christopher R. Healy*
Christopher R. Healy
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: August 6, 2018

*/s/ Christopher R. Healy*
Christopher R. Healy
Trial Attorney
U.S. Department of Justice