UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ALAN CROOKER, <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION and the FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | C.A. No. 3:18-cv-30011-WGY <br><br> **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

**WHEREAS** PLAINTIFF wishes to dismiss his claims against Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and among all parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff in this action dismisses all of the claims against Defendant with prejudice, and that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: 8/30/2018

Signed:

_/s/ Michael Alan Crooker_

Michael Alan Crooker, *pro se*
20 N. Longyard Rd.
Southwick, MA 01077
413-209-4180
michaelalancrooker@gmail.com

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANDREW E. LELLING
United States Attorney
District of Massachusetts

MICHAEL SADY
Assistant United States Attorney
District of Massachusetts

By: /s/ *Christopher R. Healy*
Christopher R. Healy (D.C. Bar # 219460)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW

## [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders that the action be dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: _____

_____
Honorable William G. Young
United States District Judge
District of Massachusetts